I IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JASON COATES,
Plaintiff,

v.

Case No. 18–CV–01961–JPG

JOHN D. ROGERS,
Defendant.

## **JUDGMENT**

This matter having come before the Court and the Court having dismissed the Complaint,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Jason Coates's claims against Defendant John D. Rogers are **DISMISSED WITHOUT PREJUDICE**.

Dated: February 6, 2020

MARGARET M. ROBERTIE
CLERK OF COURT

s/Tina Gray, Deputy Clerk

Approved by: s/J. Phil Gilbert
              U. S. District Judge